UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

New Cingular Wireless PCS, LLC.

      v.                          Civil No. 09-cv-387-SM

Town of Candia, et al.

## ORDER RE DISPOSITION OF SEALED DOCUMENTS

The following documents were ordered sealed and maintained on paper in the sealed vault:

| Document No. | Description |
|---|---|
| 8 | Certified Record (2 volumes) |
| 11 | Supplement to Certified Record |

**IT IS ORDERED THAT** unless a response is filed within fourteen days after service requesting an alternative form of disposition, the documents will:

[ ]    Be unsealed, docketed, and filed in the case.
[ ]    Remain sealed until _____.
[X]    Be destroyed (shredded).
[ ]    Be returned to submitting party.

Counsel shall, except in ex parte situations, attempt to agree on the manner of disposition if other than that ordered by the Court.

December 6, 2011

Steven J. McAuliffe
United States District Judge

cc: All Counsel of Record